UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
      SEP 17 2008
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

UNITED STATES OF AMERICA

vs.

TERRY L. ALLEN

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08 -CR-369       (GHL)

__Bradford Riendeau, Esq.__
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: April 27, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $ 250.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $255.00, payable no later than October 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

____September 10, 2008____
Date of Imposition of Sentence

____September 17, 2008____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge